# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | | |
|---|---|---|
| Harold S. Floyd<br>*Plaintiff* | ) ) ) | |
| v. | ) ) | Case No.   5:17-cv-00075-JMH |
| LVNV Funding, LLC<br>*Defendant* | ) ) ) ) | |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Harold S. Floyd, has reached a settlement with Defendant LVNV Funding, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Harold S. Floyd*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Harold S. Floyd*

## **CERTIFICATE OF SERVICE**

  This is to certify that I served a true copy of the foregoing Notice of Settlement via U.S. Mail on the persons at the addresses set forth below this 9th day of March, 2017:

LVNV Funding, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

        /s/ James R. McKenzie
        *Counsel for Plaintiff*
        *Harold S. Floyd*